(75 South. 816)

CUNNINGHAM v. STATE. (7 Div. 443.)

(Court of Appeals of Alabama. May 8, 1917.)

1. INTOXICATING LIQUORS &200—ILLEGAL SALE—INDICTMENT—SUFFICIENCY.

An indictment charging that defendant sold, offered for sale, kept for sale, gave away or otherwise disposed of spirituous, vinous, and malt liquors, is not demurrable.

[Ed. Note.—For other cases, see Intoxicating Liquors, Cent. Dig. §§ 219, 220.]

2. CRIMINAL LAW &292(2) — DEFENSES — FORMER JEOPARDY — SUFFICIENCY OF PLEA.

A plea of former jeopardy failing to show whether the former trial was held for violation

of a statute or a municipal ordinance is insufficient.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. § 669.]

Appeal from Circuit Court, Shelby County; Hugh D. Merrill, Judge.

Frank Cunningham was convicted of violating the prohibition law, and he appeals. Affirmed.

The indictment charges that defendant sold, offered for sale, kept for sale, gave away, or otherwise disposed of spirituous, vinous, and malt liquors. The plea of former jeopardy was that defendant had already been tried, convicted, and punished by the municipal court of the town of Montevallo for the same or substantially the same offense, on or about February 12, 1914, for which he was indicted in this court, which said municipal court had jurisdiction of said offense, and of this defendant, and defendant pleads said jeopardy and conviction in bar of this action. (Here follows judgment of municipal court showing a plea of guilty, and a fine of $50, on February 15, 1916.)

Riddle & Ellis, of Columbiana, for appellant. W. L. Martin, Atty. Gen., and P. W. Turner, Asst. Atty. Gen., for the State.

BROWN, P. J. [1] The indictment is in the form prescribed by the statute and the demurrer thereto was properly overruled.

[2] The defendant's plea of former jeopardy was not sufficient, in that it did not show whether the former trial of the defendant was for the violation of the statute, or a municipal ordinance, and the demurrer thereto was sustained without error. Bell v. State, ante, p. 36, 75 South. 181.

There is no error in the record, and the judgment of the circuit court is affirmed.

Affirmed.